**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-CR-111-RJC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **ORDER GRANTING ADMISSION** |
| **v.** | ) | **PRO HAC VICE** |
| | ) | |
| **SAMUEL FOSTER, II,** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on Holly A. Pierson's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed July 29, 2009. For good cause shown, the Motion is hereby **GRANTED**.

      **IT IS SO ORDERED.**

Signed: July 31, 2009

David C. Keesler
United States Magistrate Judge