IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-CR-111-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER GRANTING ADMISSION |
| v. | ) | *PRO HAC VICE* |
| | ) | |
| SAMUEL FOSTER, II, | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Clarence Davis' "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed July 29, 2009. For good cause shown, the Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Signed: August 3, 2009

_____
David C. Keesler
United States Magistrate Judge