IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-CR-111-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | AMENDED ORDER GRANTING |
| | ) | SPECIAL ADMISSION |
| v. | ) | |
| | ) | |
| SAMUEL FOSTER, II, | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Special Admission of Holly A. Pierson" (Document No. 7) filed July 29, 2009. This Order amends the prior Order (Document No. 8), and reflects that Ms. Pierson is being granted "special admission" pursuant to Local Rule 83.1(D)(2). For good cause shown, the Motion is hereby **GRANTED**.

    **IT IS SO ORDERED.**

Signed: August 3, 2009

David C. Keesler
United States Magistrate Judge